# 878 CASES REPORTED WITH BRIEF SYLLABI.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. ROBERT HERBST, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MONTANA, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Accounts of LEROY WILKINS and Others, as Executors of the Estate of BARRON D. WILKINS, Deceased.— Order reversed, with costs to appellant payable out of the estate, and claim allowed, on the authority of Colgan v. Dunne (50 Hun, 443). Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SARAH ORLINSKY, Respondent, v. JULIUS BACHRACH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SOPHIE GINSBERG, Respondent, v. PAUL J. FREEDMAN, Appellant, Impleaded, etc.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SAM SIDOROFF, Appellant, v. CARMELO OLIVERI and Another, Respondents, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

FRANK J. MATRE, Respondent, v. FRANCIS H. ROSS, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

FREDERICK ALTSCHUL, Respondent, v. LOUIS HYMAN and Others, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

WALLACE S. JACOBS, Respondent, v. ALBERT STIEGLITZ and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

VITTORIA SCRIMA, Respondent, v. THE MORRIS PLAN COMPANY OF NEW YORK, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ANGIOLINA GLIATTA MIRES, as Executrix, etc., of LEONARDO BOSCIA, Respondent, v. THE MORRIS PLAN COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SARAH BRODY and Others, Appellants, v. VINCENZA PECORARO and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

MAX B. KIMIATEK, Appellant, v. VINCENZA PECORARO and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

MAX WARKOW, Appellant, v. VINCENZA PECORARO and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.